








KAT    10/16/01    11:02
3:01-M -02452    USA V. ROJEDA-GALINSO
*2*
*CRFTAPMO.*

USA v. Rojeda-Galinso                3:01-m-02452

Magistrate Judge Stormes

Raul Rojeda-Galinso [1]    attorney   Federal Defenders   - pda

DOA: 10/12/01 [1]

Enter Order by Magistrate Judge Nita L. Stormes: first appearance of Raul Rojeda-Galinso on cmp Attorney Federal Defenders appointed, Dft Raul Rojeda-Galinso informed of charges, $25,000 C/CS set for Raul Rojeda-Galinso, preliminary exam set for 9:00 10/25/01 for Raul Rojeda-Galinso before Magistrate Judge Nita L. Stormes. Financial affidavit filed. Court Reporter: NLS01-1:185-2190

date: 10/15/01                          /NS/
                                    by KAT

END OF FORM