








KLB    10/25/01    15:11
3:01-M -02452    USA V. ROJEDA-GALINSO
*4*
*CRMO.*

USA v. Rojeda-Galinso                                    3:01-m -02452

Magistrate Judge Stormes

Raul Rojeda-Galinso [1]    attorney  Federal Defenders  - pda

    Minutes: Enter Order by Magistrate Judge Nita L. Stormes;
    preliminary exam cont to 9:00 11/8/01 for Raul
    Rojeda-Galinso before Magistrate Judge Nita L. Stormes;
    Court Reporter: 01NLS1: 0-845

date: 10/25/01

END OF FORM

by KB