















```
SUI   11/9/01 10:00
3:01-CR-03292   USA V. ROJEDA-GALINSO
*5*
*CRWV.*
```

**FILED**

NOV - 8 20..

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA...
BY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAUL ROJEDA-GALINSO
IN. ANGEL BARRAZA

**WAIVER OF INDICTMENT**

CASE NUMBER: 01CR3292-REJ

ANGEL BARRAZA
I, ~~RAUL ROJEDA-GALINSO~~, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  11/8  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Angel Barraza_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER