















SUI   11/9/01 10:01

3:01-CR-03292   USA V. ROJEDA-GALINSO

*6*

*CRINFO.*

FILED

01 NOV -8 PM 1:11

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'01 CR 3292- REJ

| UNITED STATES OF AMERICA, | ) | Criminal Case No. |
|---|---|---|
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| RAUL ROJEDA-GALINSO, TN: ANGEL BARRAZA | ) ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) ) | |

The United States Attorney charges:

Count 1

On or about __2/99__, within the Southern District of California, defendant RAUL ROJEDA-GALINSO, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//

VAB:km:San Diego
10/22/2001

0

Info

Count 2

On or about January 5, 1998, within the Southern District of California, defendant RAUL ROJEDA-GALINSO, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __1/8/01__.

PATRICK K. O'TOOLE
United States Attorney

VIRGINIA A. BLACK
Assistant U.S. Attorney