








CAG    11/9/01    13:17
3:01-CR-03292    USA V. ROJEDA-GALINSO
*7*
*CRMO.*

# Minutes of the United States District Court
## Southern District of California

U.S.A. vs. __RAUL ROJEDA-GALLINSO__ ( 1 ) Crim. No. __01CR3292-REJ__

( ) Mag. No. __01MG2452__

_____ ( ) _____ ( ) _____ ( )

Magistrate Judge __NITA L. STORMES__  Tape No. __01NLS1:321-977__

Atty __MICHELLE ANDERSON  F/D__ for ( 1 ) __ CJA __ RET _X_ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ Appointed for material witness(es)

_X_ crcsrasgn DJ orders case trans to Judge Thompson

crars/craprntc DOA/NTA/SURR _____ True Name __ANGEL BARRAZA__

_X_ crarr Dft(s) arraigned  _X_ Not guilty all cnts  __ crpleagu Guilty plea/change plea guilty  Cnt(s) ___

___ crarr Dft(s) arraigned on OSC (Sup Rel/Prob)  ___ Denial  ___ Admission

___ Juv delinq counts ___  ___ Denial  ___ Admission

___ Dft N/A  ___ crw B/W issued  crbnd Bail on B/W _____ P/S C/CS

___ Issuance of B/W stayed until _____  ___ crrcl B/W recalled  ___ Never issued

___ crdismcnt Case dismissed on oral motion of court/govt/dft with/without prejudice

crbnd Bail set/modified $ _____ P/S C/CS  ___ crbnd Bail affirmed  ___ 18:3142(d) lifted

___ crrul Govt oral motion for detention hearing held  Motion ___ granted ___ denied

___ Dft waives detention hearing w/out prejudice - order filed

___ Govt to prepare detention order by _____  Risk of ___ flight ___ danger

___ Detention hearing not held  ___ See bail above  ___ crbnd No bail set

Bond  ___ crbndexo Exonerated  ___ crbnd Reinstated  ___ crbndrvk Revoked

___ crbndfrft Forfeited  ___ crbnd Forft set aside

crsched Case set for __11/27/01 @ 9:30 am__ before Judge __THOMPSON__

  ___ Preliminary exam  ___ Motion setting  ___ Motion hrg/trial setting
  ___ Removal/identity hrg  ___ Status hearing re _____
  ___ Psych exam status  _X_ Dispo  ___ Other _____
  ___ Accept plea/PO report/sentencing  ___ Referred to probation
  ___ Accept plea w/o PO report/sentencing  ___ Probation revocation hearing
  ___ Supervised release revocation hearing  ___ Pretrial release revocation hearing
  ___ Pending date(s) vacated  ___ Pending motion(s) withdrawn
  ___ Govt's exhibit #1 marked and returned to govt

Other: __SEE ABOVE FOR TRUE NAME__

Date: __November 8, 2001__  Deputy: __KB__