















TKL     11/13/01    7:21

3:01-CR-03292    USA V. BARRAZA

*8*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. GORDON THOMPSON JR. DEPUTY CLERK: **R. GREEN**   CT REPORTER

| 01CR3292-GT | USA | VS | ANGEL BARRAZA | (01)(C) |

Charged As: Raul Rojeda-Galinso N/A

DISPOSITION

FED DEF BY: M. ANDERSON            N/A

INFO 2 CTS
8 USC 1325          AUSA: N/A
8 USC 1325

MTD: 1-17-01
==========================================================================
**VACATE DISPOSITION set** 11-28-01 @ 9:30 a.m.
**DISPOSITION reset** 11-30-01 @ 9:30 a.m.

DATE: **NOVEMBER 9, 2001**                              DEPUTY