















```
TKL     12/3/01     8:17
3:01-CR-03292   USA V. BARRAZA
*9*
*CRMO.*
```

Minutes of the United States District Court
Southern District of California

Hon.Gordon Thompson,Jr.    Deputy Clerk: R.Green   Ct Reporter: R. Heywood

---

01CR3292-GT      USA      VS    **True Name:**
                                ANGEL BARRAZA
                                **Charged As:**
                                RAUL ROJEDA-GALINSO            (01)(C)I
                                        BKG#80708-198

**DISPOSITION**

                                FED DEF BY: MICHELLE ANDERSON

                                AUSA:PENNY CARLOS

**INFO 2 CTS**
8 USC 1325 (Misdemeanor)
8 USC 1325 (Felony)


**MTD: 1-17-02**
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**DISPOSITION continued 12-5-01 @ 9:30 a.m.**


DATE 11-30-01

                                INITIALS: _____

                                                              **DEPUTY**