








BAR     12/5/01     15:50
3:01-CR-03292   USA V. BARRAZA
*10*
*CRAMD.*

FILED

DEC - 5 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>01CR3292REJ</u> |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| | ) | **AMENDED** |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| ANGEL BARRAZA, | ) | Illegal Entry (Misdemeanor); |
| aka Raul Rojeda-Galinso, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

In or about <u>March 1995</u>, within the Southern District of California, defendant ANGEL BARRAZA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//

VAB:km:San Diego
12/05/2001



Count 2

In or about February 1999, within the Southern District of California, defendant ANGEL BARRAZA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _Dec 5, 2001_.

PATRICK K. O'TOOLE
United States Attorney

*(signature)*

VIRGINIA A. BLACK
Assistant U.S. Attorney