















BAR    12/6/01    10:39

3:01-CR-03292    USA V. BARRAZA

*11*

*CRMO.*

Hon.Gordon Thompson,Jr.    Deputy Clerk: R.Green  Ct Reporter: E. Cesena

===

01CR3292-GT          USA        VS    **True Name:**
                                      ANGEL BARRAZA
                                      **Charged As:**
                                      RAUL ROJEDA-GALINSO              (01)(C)I
                                          BKG#80708-198

**DISPOSITION**

                                      FED DEF BY: MICHELLE ANDERSON

                                      AUSA:DENISE WILLETT

AMENDED INFO 2 CTS
8 USC 1325 (Misdemeanor)
8 USC 1325 (Felony)


MTD: 1-17-02
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Defendant Arraigned on Amended Information.
Defendant enters a guilty plea to counts 1 and 2 of the Amended
Information.
Government Exhibit 1 marked and returned.
Defendant orally waives PSR and requests immediate sentencing.

CT 1:
Defendant committed to custody of Bureau of Prisons for 6 months.
NO FINE.   $10 PENALTY ASSESSMENT - WAIVED.

CT 2:
Defendant committed to custody of Bureau of Prisons for 8 months,
consecutively to count 1, followed by 1 year supervised release.
NO FINE. $100 PENALTY ASSESSMENT - WAIVED.



DATE 12-5-01

                              INITIALS:

                                                          DEPUTY