








```
AXR      07/10/03
3:01-CR-3292 USA V. BARRAZA
*13*
*CR12C.*
```

PROB 12C (7/93)

July 2, 2003

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

03 JUL -9 PM 3:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

**Petition for Warrant or Summons for Offender Under Supervision**

**Name of Offender:** Angel BARRAZA (English)    **Dkt No.:** 01-CR-3292-001-GT

**Reg. No.:** 80708-198

**Name of Sentencing Judicial Officer:** The Honorable Gordon Thompson, Jr., Senior U.S. District Judge

**Date of Sentence:** December 5, 2001

**Original Offense:**  Ct. 1:  8 U.S.C. § 1325, Illegal Entry, a Class B misdemeanor.
                      Ct. 2:  8 U.S.C. § 1325, Illegal Entry, a Class E felony.

**Sentence:** 6 months custody as to Count 1 and 8 months custody as to Count 2, to run consecutively for a total of 14 months. 1 years supervised release. *(Special Conditions: no firearms; search; if deported, excluded or allowed to voluntarily return to the defendant's native country, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.)*

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** October 18, 2002

**Asst. U.S. Atty.:** Dennise D. Willett    **Defense Counsel:** Michelle Anderson, Fed. Defs., Inc.
                                             (619) 234-8501 x138 (Appointed)

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**



The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. *(nvl)* | 1. On or about May 12, 2003, Mr. Barraza illegally reentered the United States subsequent to deportation, in violation of 8 U.S.C. § 1326, as evidenced by the information filed in the Southern District of California, Docket No. 03-CR-1642. |

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

Respectfully submitted:      Reviewed and approved:

by _____
Andrew J. Lorenzen
U.S. Probation Officer
(619) 557-7199
Date: July 2, 2003

Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments: J&C; Postsentence Report

---

**THE COURT ORDERS:**

✓    A NO-BAIL BENCH WARRANT BE ISSUED TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____      7-9-03
The Honorable Gordon Thompson, Jr.      Date
Senior U.S. District Judge

AJL/mc