USDC SCAN INDEX SHEET










CSG   7/24/03   7:31
3:01-CR-03292   USA V. BARRAZA
*16*
*CRNTCHRG.*

FILED

2003 JUL 23 PM 2:50

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANGEL BARRAZA, (C)<br><br>　　　　　　　　　　　Defendant. | CASE NO. 01CR3292-GT<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF<br>CALENDARED MATTER |

On Court's own motion, the hearing set for **8-12-03** at **9:30 A.M.**, for **VIOL SUPV RLSE REVOCA HRG** is vacated and reset for **8-22-03** at **10:00 A.M.**

　　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　By: RENEE GREEN
　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　619-557-7486