















```
AXR    7/25/03    14:17
3:01-CR-03292   USA V. BARRAZA
*17*
*CRMO.*
```

# Minutes of the United States District Court
## Southern District of California

U.S.A. vs. __ANGEL BARRAZA__ ( 1 ) Crim. No. __01CR3292-GT__
_____ ( ) Mag. No. _____
_____ ( ) _____ ( ) _____ ( )

Magistrate Judge __JAMES F. STIVEN__ Tape No. __JFS03-1:62-396__

Atty __JODIT THORP_____ for ( 1 ) __ CJA __ RET _X_ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ for ( ) __ CJA __ RET __ PDA
Atty _____ Appointed for material witness(es)

___ crcsrasgn Case reassigned to Magistrate Judge/DJ orders case trans to Judge Thompson _____
crars/craprntc   DOA   __07-15-03__   True Name _____
___ crarr Dft(s) arraigned   __ Not guilty all   __ crpleagu Guilty plea/change plea guilty   Cnt(s) __
_X_ crarr Dft(s) arraigned on OSC (Sup Rel)   _X_ Denial   _____ Admission
___ Juv delinq counts   _____   ___ Denial   ___ Admission
___ Dft N/A   ___ crw B/W issued   crbnd Bail on B/W _____ P/S C/CS
___ Issuance of B/W stayed until _____   ___ crrcl B/W recalled   ___ Never issued
___ crdismcnt Case dismissed on oral motion of court/govt/dft with/without prejudice
crbnd Bail set   __NO BAIL__   ___ crbnd Bail affirmed   ___ 18:3142(d) lifted
___ crrul Govt oral motion for detention hearing held   Motion ___ granted ___ denied
___ Dft waives detention hearing w/out prejudice - order filed
___ Govt to prepare detention order by _____   Risk of ___ flight ___ danger
___ Detention hearing not held   ___ See bail above   ___ crbnd No bail set
Bond   ___ crbndexo Exonerated   ___ crbnd Reinstated   ___ crbndrvk Revoked
          ___ crbndfrft Forfeited   ___ crbnd Forft set aside
crsched Case set for __08-12-03__ @ __9:30__ AM before Judge __THOMPSON__
   ___ Preliminary exam   ___ Motion setting   ___ Motion hrg/trial setting
   ___ Removal/identity hrg   ___ Status hearing re _____
   ___ Psych exam status   ___ Dispo   ___ Other
   ___ Accept plea/PO report/sentencing   ___ Referred to probation
   ___ Accept plea w/o PO report/sentencing   ___ Probation revocation hearing
   _X_ Supervised release revocation hearing   ___ Pretrial release revocation hearing
___ Pending date(s) vacated   ___ Pending motion(s) withdrawn
___ Govt's exhibit #1 marked and returned to govt

Other: **COURT RE-APPOINTS ATTORNEY FEDERAL DEFENDERS, INC. COURT FINDS PROBABLE CAUSE TO HOLD ORDER TO SHOW CAUSE HEARING REGARDING SUPERVISED RELEASE VIOLATION.**

Date: __07-22-03__   Deputy: MJM