USDC SCAN INDEX SHEET

















CAG   9/26/03   10:31
3:01-CR-03292   USA V. BARRAZA
*19*
*CRMO.*

Minutes of the United States District Court
Southern District of California
September 25, 2003

HON. ___GORDON THOMPSON, JR.___     DEPUTY CLERK: ___R. GREEN___     COURT RECORDER: ___D. HENSON___

01CR3292-GT      USA      VS      ANGEL BARRAZA          (01)(C) I
                                  Aka: Raul Rojeda-Galinso
                                  BKG#80708198

HRG OSC RE
VIOL SUPV RLSE

                                  FED DEF BY: MARISA DERSEY
                                  NORMA AGUILAR S/A
                                  AUSA: SHANON DOUGHERTY


USPO:M. RIEDLING
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
On Court's own motion Federal Defenders Inc. is RELIEVED  as attorney of
record.
Court APPOINTS Ricardo Gonzalez.

VIOL SUPV RLSE REVOCA HRG continued 10-1-03 @ 9:00 a.m