USDC SCAN INDEX SHEET

















HBH    11/6/03    8:55
3:01-CR-03292   USA V. BARRAZA
*21*
*CRMO.*

Minutes of the United States District Court
Southern District of California
October 20, 2003

| HON. GORDON THOMPSON, JR. | DEPUTY CLERK: R. GREEN | COURT RECORDER: P. YERKES |
|---|---|---|

01CR3292-GT    USA    VS    ANGEL BARRAZA            (01)(C)I
                             Aka: Raul Rojeda-Galinso
                             BKG#80708198

**HRG OSC RE**
**VIOL SUPV RLSE**

RICARDO GONZALEZ, APPTD.

AUSA: RENEE BUNKER

USPO:M. RODRIGUEZ
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DEFT ARRAIGNED ON OSC RE REVOCATION OF SUPERVISED RELEASE
DEFT ADMITS ALLEGATION
COURT FINDS DEFT IN VIOLATION OF SUPERVISED RELEASE
SUPERVISED RELEASE REVOKED
CUSTODY OF THE BUREAU OF PRISONS FOR A TERM OF 12 MONTHS, CONSECUTIVE TO ANY CUSTODY
TIME NOW BEING SERVED.