USDC SCAN INDEX SHEET










HBH     11/6/03    9:01
3:01-CR-03292   USA V. BARRAZA
*22*
*CRJCRVK.*

FILED

2003 OCT 21 AM 10:57

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ *illegible*

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | CALIFORNIA |
|---|---|---|

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| ANGEL BARRAZA | |
| | Case Number: 01CR3292-GT |
| | RICARDO GONZALEZ |
| | Defendant's Attorney |

REGISTRATION No. 80708198

THE DEFENDANT:

[X] admitted guilt to violation of allegation(s) No. ___1___

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 20, 2003
Date of Imposition of Sentence

/s/ Gordon Thompson, Jr.
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

Entered Date: 11-06-03

01CR3292-GT

DEFENDANT: ANGEL BARRAZA
CASE NUMBER: 01CR3292-GT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS, CONSECUTIVE TO ANY CUSTODY TIME NOW BEING SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                UNITED STATES MARSHAL

                               By _____
                                           DEPUTY UNITED STATES MARSHAL