USDC SCAN INDEX SHEET










```
KOC    4/28/04    10:01
3:01-CR-03292   USA V. BARRAZA
*24*
*CRJGMCOMXC.*
```

G-AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT

2003 OCT 21 AM 10:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN _____ District of _____ CALIFORNIA

UNITED STATES OF AMERICA
v.
ANGEL BARRAZA

**FILED**
APR 2 8 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 01CR3292-GT

RICARDO GONZALEZ
Defendant's Attorney

REGISTRATION No. 80708198

THE DEFENDANT:
[X] admitted guilt to violation of allegation(s) No. _1_
[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

**Allegation Number** | **Nature of Violation**
1 | Committed a federal, state or local offense (nv1)

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 20, 2003
Date of Imposition of Sentence

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

Entered Date: 11-06-03

I hereby attest and certify that this is a true, correct and full copy of the original document on file in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: ANGEL BARRAZA
CASE NUMBER: 01CR3292-GT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TWELVE (12) MONTHS, CONSECUTIVE TO ANY CUSTODY TIME NOW BEING SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __April 1, 2004__ to __B/6__

at __4:00 AM__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By __RC-f, LT B/1 B/6__
DEPUTY UNITED STATES MARSHAL

I hereby attest and certify that this is a true, correct and full copy of the original document on file in my legal custody.
W. Samuel Hamrick
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA